BK1500462
reg

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: | Case No. 15-30035 |
| T'ANDRA STARLING-MARSHALL FKA T'ANDRA STARLING, | Chapter 13 |
| Debtor | Judge Joan A. Lloyd |
| | **AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RMAC TRUST, SERIES 2013-3T FILED ON 8/23/2017, DOCKET NO. 61 (PROPERTY ADDRESS: 4107 RIVER PARK DRIVE LOUISVILLE, KY 40211)** |

This matter came to be considered on the Motion for Relief from the Automatic Stay (the "Motion") filed on August 23, 2017 Docket No. 61 by U.S. Bank National Association, not in its individual capacity but solely as Trustee for RMAC Trust, Series 2013-3T ("Movant") regarding the property located at 4107 River Park Drive, Louisville, KY 40211.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion, the terms of which are set forth as follows: The post-petition arrearage due as of September 11, 2017, is $7,517.12, which

amount consists of:

Post Petition Payments:

| **Amount** | **Date Due** |
|---|---|
| $339.82 | January 01, 2016 - December 01, 2016 |
| $330.34 | January 01, 2017 - September 01, 2017 |

and $500.00 for attorney fees associated with the Motion and $181.00 incurred herein for filing the Motion, less $214.78 in debtors' suspense account.

In order to cure said post-petition arrearage, Movant shall file a Supplemental Proof of Claim in the amount of $7,517.12.

**IT IS THEREFORE, ORDERED:**

1. The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter 13 plan beginning with a payment due October 1, 2017. Failure by the Debtor to make any payment within 15 days of the date due shall constitute a default. All payments shall be tendered to:

> **Rushmore Loan Management Services LLC**
> **P.O. Box 514707**
> **Los Angeles, CA 90051**

This payment address is subject to change.

2. Upon the existence of a default, Movant's counsel shall send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file a Notice of Default without further order from this Court

3. If the default is not cured within that 10-day period, then upon the filing of a Notice of Default the automatic stay shall be terminated in all respects as against Movant its successors and assigns without further hearing or order from this Court and by agreement of the parties hereto. The only ground for objection to such a Notice shall be that payments are timely made.

4. Debtor's' counsel, Fred R. Simon, is hereby awarded the sum of $250.00 in attorney fees for their services rendered in connection with this Motion's' to be paid through the Chapter 13 Plan.

SO ORDERED

SUBMITTED BY:  /s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

Joel K. Jensen, Case Attorney
KBA No. 81820
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
sohbk@lsrlaw.com
Attorneys for Movant,

APPROVED BY:

/s/ Fred R. Simon
Fred R. Simon, Attorney, Debtor's Counsel
O'Koon Hintermeister PLLC
2210 PNC Plaza
500 W. Jefferson Street
Louisville, KY 40202
(502) 581-1630
(502) 581-1821 Fax
fredsimon09@gmail.com
Attorney for Debtor(s)

COPIES TO:

Joel K. Jensen - Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45202-4007
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

William W. Lawrence - Trustee
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
ECF@louchapter13.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Charles R. Merrill
Asst. U.S.Trustee
512 Gene Snyder Courthouse
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Fred R. Simon, Attorney, Debtor's Counsel
O'Koon Hintermeister PLLC
2210 PNC Plaza
500 W. Jefferson Street
Louisville, KY 40202
fredsimon09@gmail.com
VIA ELECTRONIC SERVICE

T'andra Starling-Marshall
4107 River Park Dr.
Louisville, KY 40211