UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| T'ANDRA STARLING-MARSHALL | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | CASE NO. 15-30035 |
| | ) | |

**ORDER AMENDING ORDER OF CONFIRMATION**

This matter having been made, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Order of Confirmation be, and it is hereby amended to pay unsecured creditors 1.00% of their allowed claims.

IT IS HEREBY FURTHER ORDERED that the Debtor shall pay the Trustee the sum of $1,320.00 per month for the balance of the Chapter 13 plan.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: September 17, 2019

TENDERED BY:

*/s/ Fred R. Simon*_____
Fred R. Simon
2210 PNC Plaza
500 W. Jefferson Street
Louisville, KY 40202
(502) 581-1630
Attorney for Debtor